[Civ. No. 1956.  First Appellate District.—January 12, 1917.]

J. D. PASMORE, Appellant, v. PACIFIC CARBON
MANUFACTURING COMPANY et al., Defendants;
CHARLES L. KIEWERT COMPANY, Respondent.

APPEAL DISMISSED, the litigation having been settled.

APPEAL from a judgment of the Superior Court of
Contra Costa County.  A. B. McKenzie, Judge.

Elmer E. Nichols, Byrne & Lamson, and Ralph H. Wight,
for Appellant.

H. W. Hutton, and F. E. Boland, for Respondent.

THE COURT.—It being conceded by the appellant and
respondent at the oral argument that this is a moot case,
all that the plaintiff demanded by his complaint having been
accomplished, and the litigation between the parties having
been practically settled, it is ordered that the appeal be dis-
missed.